1  Alan J. Kessel (Cal. Bar No.: 130707)
   Keli N. Osaki (Cal. Bar No.: 179920)
2  Sandeep J. Shah (Cal. Bar No.: 210449)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: sshah@buchalter.com
6
7  Attorneys for Plaintiff DIRECTV, INC.

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN JOSE DIVISION        *E-FILED - 6/6/05*

| | |
|---|---|
| 11  DIRECTV, INC., a California corporation, | Case No. CV-03-5361 RMW |
| 12               Plaintiff, | Hon. Ronald M. Whyte |
| 13       vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT TOM PEPPER; [PROPOSED] ORDER THEREON** |
| 14  TOM PEPPER, | |
| 15               Defendant. | |

18         Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")
19  hereby respectfully requests that the Court enter an Order dismissing the above-captioned action
20  with prejudice as to Defendant TOM PEPPER ("Defendant"). This request is made on the
21  grounds that Defendant and DIRECTV have entered into an agreement settling this matter.
22  Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action
23  against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action
24  to date.
25         Defendant answered the Complaint on or about April 13, 2004. DIRECTV,
26  therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court
27  order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an
28  order dismissing Defendant with prejudice.

BNFY 557242v1                                      1                              (CV-03-5361 RMW)

Defendant PEPPER is the only active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.

DATED: May 25, 2005

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: _____
Sandeep J. Shah
Attorneys for Plaintiff DIRECTV, Inc.

## ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant PEPPER filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant PEPPER only;

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date; and

3. As Defendant PEPPER is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED:   6/6/05

/S/ RONALD M. WHYTE
_____
Honorable Ronald M. Whyte
United States District Court
Northern District of California